EDWARD M. ROBBINS, JR., State Bar No. 082696
DAVID ROTH, State Bar No. 056054
Hochman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: 310/281-3200
Fax: 310/859-1430
E-Mail: EdR@taxlitigator.com

Attorneys for Respondent JOHN C. COHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 05-3792 PJH |
| | ) | (Related C 05-3791 PJH) |
| Petitioner, | ) | [~~PROPOSED~~] ORDER CONTINUING HEARING ON GOVERNMENT'S MOTION TO REOPEN CASE AND ENFORCE IRS SUMMONSES |
| vs. | ) | |
| JOHN C. COHAN, aka Christopher Cohan | ) | Old Hearing Date: April 11, 2007 |
| | ) | New Hearing Date: May 16, 2007 |
| | ) | Time: 9:00 a.m. |
| | ) | Place: Courtroom No. 3 |
| Respondent. | ) | 450 Golden Gate Avenue |
| | ) | San Francisco, California 94102 |

PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, IT IS ORDERED THAT the hearing on the United States' Motion to Reopen Case and Enforce IRS Summonses, presently set for April 11, 2007, at 9:00 A.M., in Courtroom Number 3, 450 Golden Gate Avenue, San Francisco, California, may be continued to May 16, 2007 at the same place

///
///
///
///
///

[PROPOSED] ORDER CONTINUING HEARING ON GOV'S MOTION
TO REOPEN CASE AND ENFORCE IRS SUMMONSES
No. C 05-3792 PJH

1  and time of day.  It is further stipulated that respondent shall have until April 18, 2007, to file and
2  serve its opposition, and petitioner shall have until May 2, 2007, to file any reply.

4  Dated:   3/27/07

        PHYLLIS J. HAMILTON
        United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

8  Presented by:

9  HOCHMAN, SALKIN, RETTIG,
   TOSCHER & PEREZ, P.C.

12  By: /s/ Edward M. Robbins, Jr.
    EDWARD M. ROBBINS, JR., ESQ.

   Attorneys for Respondent,
14  JOHN C. COHAN

[PROPOSED] ORDER CONTINUING HEARING ON GOV'S MOTION
TO REOPEN CASE AND ENFORCE IRS SUMMONSES
No. C 05-3792 PJH                              -2-

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

March 26, 2007, I served the foregoing document described as [PROPOSED] ORDER ON CONTINUING HEARING ON GOVERNMENT'S MOTION TO REOPEN CASE AND ENFORCE IRS SUMMONSES on the interested parties in this action by placing the true copies of the original thereof enclosed in a sealed envelope addressed as follows:

        Kevin V. Ryan, U. S. Attorney
        Jay R. Weill, Assistant U. S. Attorney
        Thomas Moore, Assistant U.S. Attorney
        10th Floor Federal Building
        450 Golden Gate Avenue, Box 36055
        San Francisco, California  94102

        W. Carl Hankla, Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, DC  20044

Courtesy Copy:    The Honorable Phyllis Hamilton
        Courtroom 3, 17th Floor
        North District Court of California
        450 Golden Gate Avenue
        San Francisco, California 94102

I placed such envelope with postage thereon fully prepaid in the United States mail at Beverly Hills, California.

Executed on March 26, 2007, at Beverly Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                              /s/ Valerie Bishop
                              VALERIE BISHOP

[PROPOSED] ORDER CONTINUING HEARING ON GOV'S MOTION
TO REOPEN CASE AND ENFORCE IRS SUMMONSES
No. C 05-3792 PJH        -3-